

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00739-CV

Kara **LERMA**,
Appellant

v.

**PIPE MOVERS, INC**.,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 16-09-56471-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

    The clerk's record is due November 21, 2016, but on November 15, 2016, the clerk filed a notification of late record stating the clerk's record will not be not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

    Accordingly, we **ORDER** to provide written proof to this court on or before **December 1, 2016** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3 (b).

    We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court